

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/18/2012

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FELIX BABAUTA | § | CASE NO.: 06-bk-37410 |
| | § | |
| Debtor. | § | CHAPTER 13 |
| | § | |

### AGREED ORDER WITHDRAWING DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE AND FOR AN INJUNCTION [DOCKET NO. 237]

On consideration of "Debtor's Motion to Reopen His Chapter 13 Case and to Enjoin the Imminent Scheduled Sheriff's Sale of Their Residence" (Docket No. 237), filed by Felix Babauta, and "Ocwen's Response to Debtor's Motion to Reopen Case" (Docket No. 238) filed by Ocwen Loan Servicing, LLC, as mortgage servicer for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2004-5, and on the below agreement of the parties, it is

ORDERED that the motion to reopen case is withdrawn. This case shall remain closed.

Signed __12-17-2012__, 2012.

David R. Jones
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE:

_____
H. Gray Burks, IV
State Bar No. 03418320
ShapiroSchwartz, LLP
5450 Northwest Central, Suite 307
Houston, Texas 77092
Telephone: (713) 462-2565
Facsimile: (847) 879-4854
Email: gburks@logs.com

*Attorneys for Ocwen Loan Servicing, LLC,
as mortgage servicer for HSBC Bank USA,
National Association, as Indenture Trustee
of the Fieldstone Mortgage Investment Trust,
Series 2004-5*

_____
Felix P. Babauta
5819 Crestford Park Lane
Houston, Texas 77084
Telephone: (281) 550-0286

*Pro Se*